CLOSED

FILED

JUL 2 5 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA

    Plaintiff,

vs.

THREE (3) ASSORTED FIREARMS AND
SIXTY (60) ROUNDS OF AMMUNITION

    Defendant *in Rem*.
_____/

Civil No. 2:07-cv-11832

Honorable Robert H. Cleland

Magistrate Judge R. Steven Whalen

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment, and the Court being fully advised in the premises, it is

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the above-captioned defendant in rem is hereby FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(6);

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and interest of Donna Slanec, Douglas Slanec, and Donna Lally and that of all other persons, their successors and assigns, is hereby and forever EXTINGUISHED, and that clear title to the defendant in rem is hereby VESTED in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service for the Eastern District of Michigan, or its delegatee, is hereby AUTHORIZED to dispose of the defendant in rem according to law.

*[signature]*
HONORABLE ROBERT H. CLELAND
United States District Judge

Dated: 25 July 07.